IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CECIL WAYNE PROCTOR                                                                                  PLAINTIFF

v.                                            Case No. 4:18-cv-4029

STEVEN KING and CHELSEY
FOSTER                                                                                              DEFENDANTS

## JUDGMENT

Before the Court is Defendants Steven King and Chelsey Foster's Motion for Summary Judgment. (ECF No. 20). Plaintiff Cecil Wayne Proctor has filed a response. (ECF No. 29). Defendants have not filed a reply and their time to do so has passed. *See* Local Rule 7.2(b). The Court finds the matter ripe for consideration.

For the reasons stated in the Court's memorandum opinion of even date, the Court finds that Defendants Steven King and Chelsey Foster's Motion for Summary Judgment (ECF No. 20) should be and hereby is **GRANTED**. Accordingly, Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 10th day of January, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge