IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CECIL WAYNE PROCTOR                                                                    PLAINTIFF

v.                                    Civil No. 4:18-cv-4029

HEAD NURSE S. KING; and
NURSE CHELSEY                                                                           DEFENDANT

**ORDER**

Cecil W. Proctor filed his Motion for Leave to Appeal *In Forma Pauperis* (IFP) on February 28, 2019. (ECF No. 33). The IFP application is **GRANTED**. Pursuant to the Prison Litigation Reform Act, the **Clerk** is directed to collect the $505 filing fee from the Plaintiff.

**IT IS SO ORDERED**, this 4th day of March 2019.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE